# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SAMUEL WAYNE BARIA, JR.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A., et al.,**<br><br>　　Defendants. | **CASE NO.: 1:15-cv-00055-N** |

## AMENDED NOTICE OF SETTLEMENT

　　COME NOW Samuel Wayne Baria, Jr., Bank of America, N.A., and The Bank of New York Mellon, solely as Trustee on behalf of CWABS Asset-Backed Certificates Trust 2007-BC1, and hereby give notice to the Court that an amicable settlement has been reached on all claims between all parties. Counsel for the parties anticipate finalizing all necessary settlement documentation, including those necessary for bankruptcy court approval, and filing a stipulation of dismissal with prejudice of Mr. Baria's claims against the defendants within the next forty-five (45) business days.

　　Respectfully submitted this 28th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ *Colin T. Dean*
　　　　　　　　　　　　　　　　　　　　Brian A. Wahl (WAH003)
　　　　　　　　　　　　　　　　　　　　Colin T. Dean (DEA043)
　　　　　　　　　　　　　　　　　　　　BRADLEY ARANT BOULT CUMMINGS LLP
　　　　　　　　　　　　　　　　　　　　One Federal Place
　　　　　　　　　　　　　　　　　　　　1819 Fifth Avenue North
　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35203-2119

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR BANK OF AMERICA N.A.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2016, I served the foregoing via U.S. Mail or email, where appropriate, upon:

Kenneth J. Reimer, Esq.
UNDERWOOD & REIMER, P.C.
166 Government Street, Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com
Attorney for Plaintiff

                        /s/ *Colin T. Dean*
                        OF COUNSEL