IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL WAYNE BARIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-00055-N |
| ) | |
| BANK OF AMERICA, NA, and ) | |
| BANK OF NEW YORK MELLON, NA, ) | |
| *as trustee on behalf of CWABS Asset-* ) | |
| *Backed Certificates Trust 2007-BC1,* ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties have filed a Notice of Settlement, indicating they have settled this action and do not object to entry of an order dismissing this action with forty-five (45) days to reinstate. Doc. 25. Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court, subject to the right of either party to reinstate the action within **forty-five (45) days** from the date of entry of this Order should the settlement agreement not be consummated.[1] As such, the final pretrial conference set for March 3, 2016 (*see* Doc. 22), is **CANCELED**.

No other order shall be forthcoming from the Court except upon application by a party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil

---

[1] With the consent of the parties (*see* Doc. 19), the Court referred this action to the undersigned Magistrate Judge "to conduct all proceedings and order entry of judgment in accordance with 28 U.S.C. § 636(c) and FED. R. CIV. P. 73." Doc. 20.

Procedure. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the 28th day of January 2016.

>/s/ Katherine P. Nelson
>**KATHERINE P. NELSON**
>**UNITED STATES MAGISTRATE JUDGE**